FILED
AUG 2 1 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**IN THE MATTER OF**
**SETH FREDERICK**

**MISC. NO.** 2:26-mc-00086

**STATEMENT OF ASSISTANT UNITED STATES ATTORNEY**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.1(c)**

Pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure, effective June 8, 2017, Assistant United States Attorney Seth Frederick herewith files the following information as an Assistant United States Attorney under the sponsorship of Moore Capito, United States Attorney for the Southern District of West Virginia, and a permanent member of the Bar of this Court:

**Appointment as Assistant United States Attorney.** Seth Frederick appointed as an Assistant United States Attorney in the Southern District of West Virginia on or about July 26, 2026. He is currently assigned to the United State Attorney's Office located at 300 Virginia Street, East, Room 4000, Charleston, West Virginia.

**Bar Information.** Seth Frederick is an active member in good standing of the State Bar of South Carolina. He was admitted to practice law in South Carolina on November 19, 2019. His bar number is 104132.

Sponsoring Attorney:

Moore Capito
United States Attorney
300 Virginia Street, East, Suite 4000
Charleston, WV 25301

Sponsored Assistant U.S. Attorney:

Seth Frederick
Assistant United States Attorney
300 Virginia Street, East, Suite 4000
Charleston, WV 25301